

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2022

No. 04-22-00420-CR

Aaron **POUCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B19843-1
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was due on October 19, 2022.  On the due date, Appellant asked for an extension until November 23, 2022.

Appellant's motion is **granted**.  Appellant's brief is due on November 23, 2022.  *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court